IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **IN RE:**<br><br>Veronica Saenz<br>**DEBTOR** | CASE NO. 22-20164<br><br>CHAPTER 13 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take notice that the undersigned firm of attorneys is appearing on behalf of the following party in the above referenced bankruptcy case:

**Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5, its successors and assigns, regarding Loan No. xxxxxx3596, regarding real estate located at 525 POENISCH DRIVE, CORPUS CHRISTI, TX 78412.**

This party is a party in interest in this case and a secured creditor of the Debtor.

Pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that all notices given or requested to be given and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

Respectfully submitted,
*Codilis & Moody, P.C.*

By: /s/ Kathryn Dahlin
Brenda A. Likavec ARDC#06330036
Kathryn N. Dahlin SBOT#24053165
Nicole Bartee SBOT#24001674
Rachael A. Stokas ARDC#6276349
TX.bkpleadingsSOUTH@tx.cslegal.com
400 N. Sam Houston Pkwy E, Suite 900A
Houston, TX 77060
Telephone: (281) 925-5200
**ATTORNEYS FOR SECURED CREDITOR**
File No. 44-22-1841

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

## CERTIFICATE OF SERVICE

I hereby certify that on 07/15/2022, a true and correct copy of the above and foregoing documents shall be served via electronic means, if available, otherwise by regular, first class mail on 07/15/2022 to the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid.

Veronica Saenz
525 Poenisch Dr
Corpus Christi, TX 78412
**DEBTOR**

TIMOTHY D RAUB
814 LEOPARD
CORPUS CHRISTI, TX 78401
**ATTORNEY FOR DEBTOR**

YVONNE V VALDEZ
555 N. Carancahua, Suite 600
Corpus Christi, TX 78401
**CHAPTER 13 TRUSTEE**

**PARTIES REQUESTING NOTICE**

Respectfully submitted,
*Codilis & Moody, P.C.*

/s/ Kathryn Dahlin
Brenda A. Likavec ARDC#06330036
Kathryn N. Dahlin SBOT#24053165
Nicole Bartee SBOT#24001674
Rachael A. Stokas ARDC#6276349
TX.bkpleadingsSOUTH@tx.cslegal.com
**ATTORNEYS FOR SECURED CREDITOR**
File No. 44-22-1841

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.