UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| VERONICA SAENZ, | § | Case No. 22-20164 |
| | § | (Chapter 13) |
| Debtor. | § | JUDGE MARVIN ISGUR |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Application to Employ (Doc. 8) will be held on **Wednesday, September 7, 2022, at 9:00am** before the Honorable Marvin Isgur, United States Bankruptcy Court, at 515 Rusk, Houston, TX 77002 via telephone and video conference:

**For Telephonic Only Participation/Attendance:**

**Dial-In:** 832-917-1510

**Conference Code No: 954554**

**Video Participation**

**https://www.gotomeet.me/JudgeIsgur**

Audio connections by telephone are required for all video participants.

DATED: July 15, 2022.

Respectfully submitted:

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
    Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Debtor

## **CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to Bankr. R. 2014, this instrument was served by United States first class mail, with proper postage affixed, addressed to the parties set forth on the Service List Below on this 15th day of July 2022:

ARCPE 1,LLC
Attn: John Olsen
1900 Sunset Harbour Dr 2nd Floor
Miami Beach, FL 33139

CREDIT MANAGEMENT LP
6080 TENNYSON PKWY STE 1
PLANO, TX 75024

FIG LOANS TEXAS LLC
335 MADISON AVE FLOOR 16
NEW YORK, NY 10016

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS, SD 57107

HUGHES, WATTERS & ASKANASE, LLP
Anthony A. Garcia
1201 Louisiana 28th Floor
Houston, TX 77002

Dominique Lane
525 Poenisch Dr
Corpus Christi, TX 78412

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

NATIONAL CREDIT ADJUST
327 W 4TH AVE
HUTCHINSON, KS 67501

PHH MORTGAGE
PO BOX 5452
Mount Laurel, NJ 08054

POSSIBLE FINANCIAL INC
500 YALE AVE. N
SEATTLE, WA 98109
Raub Law Firm
814 Leopard
Corpus Christi, TX 78401

RMP SRVC LLC
200 N. NEW ROAD
WACO, TX 76702

VANCE & HUFFMAN LLC
55 MONETTE PKWY STE 100
SMITHFIELD, VA 23430

WSTSHMRK
801 S ABE
SAN ANGELO, TX 76903

SECURITY FINANCE
C/O SECURITY FINANCE
SPARTANBURG, SC 29304

TRELLIS COMPANY
PO BOX 83100
ROUND ROCK, TX 78683

TRELLIS COMPANY
1609 CENTRE CREEK DRIVE
AUSTIN, TX 78761

TXU ENERGY
200 W JOHN CARPENTER FWY
IRVING, TX 75039

  /s/ Clayton L. Everett
CLAYTON L. EVERETT