*Dominique Varner*     TBA #00791182/FIN 18805
*Michael Weems*        TBA #24066273
*HUGHES, WATTERS & ASKANASE, L.L.P.*
*1201 Louisiana, 28th Floor*
*Houston, Texas 77002*
*Telephone (713) 759-0818*
*Telecopier (713) 759-6834*
*ATTORNEY IN CHARGE FOR ARCPE 1 LLC*

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| IN RE: | § | CASE NO.  22-20164 |
|---|---|---|
|  | § |  |
| VERONICA SAENZ | § | CHAPTER 13 |
|  | § |  |
| DEBTOR(S) | § |  |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY, IF APPLICABLE AFTER HEARING
(This Order Resolves Docket #_____)

ARCPE 1 LLC ("Movant") filed a Motion for Relief from the Automatic Stay against:

**LOT 13, BLOCK 3, PARADE PLACE UNIT 2, AN ADDITION TO THE CITY OF CORPUS CHRISTI, TEXAS, NUECES COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 45, PAGE 133, MAP OR PLAT RECORDS OF NUECES COUNTY, TEXAS.**

AND MORE COMMONLY KNOWN AS 525 POENISCH DRIVE, CORPUS CHRISTI, TX 78412 ("PROPERTY").

Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

|  |  |
|---|---|
| _____ | Although a response opposing the motion was filed, the respondent did not appear at the hearing.  Therefore, the response is overruled for want of prosecution and the motion is granted. |
| _____ | The Debtor filed a Response that the Debtor was not opposed to the requested relief and no other party opposed the requested relief. |
| _____ | The Debtor filed a response that the Debtor was unable to admit or deny the allegations, the Debtor failed to appear at the hearing, and no other party opposed the requested relief. |

_____       After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____       No timely response was filed. Accordingly, the motion is granted by default.

_____       As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the co-debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

_____       Movant is awarded attorney's fees in the amount of $650.00.

_____       The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

So ORDERED this _____ day of _____, 2022.

_____
United States Bankruptcy Judge

_/s/ signature_

**HUGHES, WATTERS & ASKANASE, L.L.P.**
**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-328-2818, dvarner@hwa.com;
**Michael Weems** TBA #24066273
Direct: 713-328-2822, mweems@hwa.com
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
ATTORNEY FOR MOVANT

S MFR 2022-003368 rv