## WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>CORPUS CHRISTI DIVISION ||
|---|---|
| Main Case No: **22-20164** | Name of Debtor:<br>**VERONICA SAENZ** |
| Adversary No: | Style of Adversary: |
| | |
| Witnesses: | |
| **VERONICA SAENZ** | Judge: Marvin Isgur |
| | Courtroom Deputy: |
| Any other witness called by Debtor(s) | Hearing Date: August 12, 2022 |
| | Hearing Time: 9:00 A.M. |
| | Party's Name: ARCPE 1 LLC |
| | Attorney's Name: Michael Weems |
| | Attorney's Phone: 713-759-0818 |
| | Nature of Proceeding: Motion for Relief |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/Not Admitted | Disposition |
|---|---|---|---|---|---|
| A | Note | | | | |
| B | Deed of Trust | | | | |
| C | Substitute Trustee's Deed | | | | |
| D | Notice of Sale | | | | |
| | | | | | |

NOTE: This exhibit list is to be prepared in advance of the date of trial by counsel to parties and furnished to the court in triplicate and served on the opposing parties.

Movant reserves any and all rights to amend the Witness List, to call any witness designated by any other party and use any other Exhibit designated by any other party to the hearing.

W & I: 2022-003368rv

Respectfully submitted:

_____
Movant's Counsel Signature
**HUGHES, WATTERS & ASKANASE, L.L.P.**
**Dominique Varner** TBA #00791182/FIN 18805
Direct: 713-328-2818, dvarner@hwa.com;
**Michael Weems** TBA #24066273
Direct: 713-328-2822, mweems@hwa.com
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List has been served upon the following, by first class mail, postage prepaid and/or ECF as indicated, on July 18, 2022.

DEBTOR
VERONICA SAENZ
525 POENISCH DR
CORPUS CHRISTI, TX 78412

TRUSTEE
YVONNE V VALDEZ
CHAPTER 13 TRUSTEE
555 N CARANCAHUA SUITE 600
CORPUS CHRISTI, TX 78401

CO-DEBTOR
DOMINIQUE D. LANE
525 POENISCH DRIVE
CORPUS CHRISTI, TX 78412

KATHRYN NICHOLE DAHLIN
CODILIS & MOODY PC
400 N. SAM HOUSTON PKWY. E., STE. 900A
HOUSTON, TX 77060

DEBTORS' ATTORNEY
TIMOTHY D RAUB
RAUB LAW FIRM PC
814 LEOPARD
CORPUS CHRISTI, TX 78401

US TRUSTEE
606 N CARANCAHUA
CORPUS CHRISTI, TX 78401

CLAYTON LOCKLEER EVERETT
NORRED LAW FIRM, PLLC
515 E. BORDER ST.
ARLINGTON, TX 76010

_____
Dominique Varner    TBA #00791182/FIN 18805
Michael Weems       TBA #24066273

W & E 2022-003368rv