EXHIBIT "C"

## SUBSTITUTE TRUSTEE'S DEED

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM THIS INSTRUMENT BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

THE STATE OF TEXAS

KNOW ALL MEN BY THESE PRESENTS:

COUNTY OF NUECES

WHEREAS, by a certain Deed of Trust, dated April 6, 2006, recorded in the office of the County Clerk in Document No. 2006019161, NUECES County, Texas, DOMINIQUE D LANE, AN UNMARRIED MAN AND VERONICA SAENZ, AN UNMARRIED WOMAN, Grantor(s), conveyed to GEORGE M. SHANKS, JR, Trustee(s), certain property hereinafter described, for the purpose of securing and enforcing payment of a certain note described in said Deed of Trust, of even date therewith and in the original principal sum of $39,200.00.

WHEREAS, ARCPE 1 LLC, the holder of said Note and Deed of Trust, as authorized by and provided in said Deed of Trust, appointed the undersigned to serve as Substitute Trustee(s) and to enforce the trust, the said DOMINIQUE LANE and VERONICA SAENZ having made default in the payment of said note according to the terms, tenor and effect thereof; and

WHEREAS, I/we, SANDRA MENDOZA OR ARNOLD MENDOZA, JOHN SISK, ISRAEL CURTIS, VICKI HAMMONDS, LESLYE EVANS, COLLETTE MAYERS, STEPHEN MAYERS, DANA DENNEN, MARCIA CHAPA, DYLAN RUIZ, AMY ORTIZ, JIM RECTOR, DENISE RECTOR, W.D. LAREW, JO WOOLSEY, BOB FRISCH, JODI STEEN, CHRIS LAFOND, SUSAN SANDOVAL, EVAN PRESS, LACRECIA ROBINSON, BEATRIZ SANCHEZ, EDWARD LUBY, ALEENA LITTON, CARY CORENBLUM, JOSHUA SANDERS, MATTHEW HANSEN, BOB FRISCH OR ALEXIS MENDOZA as Substitute Trustee(s), did on June 7, 2022 between the hours of 10:00 AM and 1:00 PM, after having posted written notice of the time, place and terms of a public sale of the hereinafter described property, which written notice was posted at the courthouse door of NUECES County, Texas, the county in which said real estate is situated, and which said notice was posted for at least twenty-one (21) days preceding the date of the sale, sell the hereinafter described property at public venue in the place/area designated by the Commissioners Court of such County, pursuant to Section 51.002 of the Texas Property Code as the place where foreclosure sales are to take place, to ARCPE 1 LLC the Grantee(s) herein, being the highest bidder, for the sum of $95,280.00; and

WHEREAS, from the affidavit attached hereto and made a part hereof, it appears that the beneficiary (holder of the indebtedness above described) served notice of such Substitute Trustee's Sale by certified mail at least twenty-one (21) days preceding the date of sale on each debtor obligated to pay such indebtedness according to the records of the beneficiary and as required by law; and

WHEREAS, all prerequisites required by law and/or by said Deed of Trust have been duly satisfied by the beneficiary therein and by said Substitute Trustee(s):

File No. 2022-000922 tcabrera

NOW, THEREFORE, in consideration of the premises and of the payment to me of the sum of $95,280.00, by the said Grantee(s), I/we, SANDRA MENDOZA OR ARNOLD MENDOZA, JOHN SISK, ISRAEL CURTIS, VICKI HAMMONDS, LESLYE EVANS, COLLETTE MAYERS, STEPHEN MAYERS, DANA DENNEN, MARCIA CHAPA, DYLAN RUIZ, AMY ORTIZ, JIM RECTOR, DENISE RECTOR, W.D. LAREW, JO WOOLSEY, BOB FRISCH, JODI STEEN, CHRIS LAFOND, SUSAN SANDOVAL, EVAN PRESS, LACRECIA ROBINSON, BEATRIZ SANCHEZ, EDWARD LUBY, ALEENA LITTON, CARY CORENBLUM, JOSHUA SANDERS, MATTHEW HANSEN, BOB FRISCH OR ALEXIS MENDOZA as Substitute Trustee(s), by virtue of the authority conferred upon me/us in said Deed of Trust, have GRANTED, SOLD AND CONVEYED, and by these presents do GRANT, SELL AND CONVEY, unto the said Grantee(s) and the Grantee(s) heirs, successors, administrators, executors and assigns, all of the following described property situated in NUECES County, Texas:

LOT 13, BLOCK 3, PARADE PLACE UNIT 2, AN ADDITION TO THE CITY OF CORPUS CHRISTI, TEXAS, NUECES COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 45, PAGE 133, MAP OR PLAT RECORDS OF NUECES COUNTY, TEXAS.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

TO HAVE AND TO HOLD the above described premises and property, together with the rights, privileges and appurtenances thereto belonging, unto the said Grantee(s) and the Grantee(s) heirs, successors, administrators, executors and assigns, forever; and I/we, SANDRA MENDOZA OR ARNOLD MENDOZA, JOHN SISK, ISRAEL CURTIS, VICKI HAMMONDS, LESLYE EVANS, COLLETTE MAYERS, STEPHEN MAYERS, DANA DENNEN, MARCIA CHAPA, DYLAN RUIZ, AMY ORTIZ, JIM RECTOR, DENISE RECTOR, W.D. LAREW, JO WOOLSEY, BOB FRISCH, JODI STEEN, CHRIS LAFOND, SUSAN SANDOVAL, EVAN PRESS, LACRECIA ROBINSON, BEATRIZ SANCHEZ, EDWARD LUBY, ALEENA LITTON, CARY CORENBLUM, JOSHUA SANDERS, MATTHEW HANSEN, BOB FRISCH OR ALEXIS MENDOZA, as said Substitute Trustee(s), do hereby bind the said DOMINIQUE D LANE, AN UNMARRIED MAN AND VERONICA SAENZ, AN UNMARRIED WOMAN, the Debtor(s) and the Debtor(s) heirs, successors, administrators, executors and assigns, to warrant and forever defend the said premises unto the said Grantee(s) and the Grantee(s) heirs, successors, administrators, executors and assigns forever, against the claim or claims of all persons claiming or to claim the same or any part thereof.

EXECUTED the 13 day of June, 2022.

~~SANDRA MENDOZA OR~~ ARNOLD MENDOZA, ~~JOHN SISK, ISRAEL CURTIS, VICKI HAMMONDS, LESLYE EVANS, COLLETTE MAYERS, STEPHEN MAYERS, DANA DENNEN, MARCIA CHAPA, DYLAN RUIZ, AMY ORTIZ, JIM RECTOR, DENISE RECTOR, W.D. LAREW, JO WOOLSEY, BOB FRISCH, JODI STEEN, CHRIS LAFOND, SUSAN SANDOVAL, EVAN PRESS, LACRECIA ROBINSON, BEATRIZ SANCHEZ, EDWARD LUBY, ALEENA LITTON, CARY CORENBLUM, JOSHUA SANDERS, MATTHEW HANSEN, BOB FRISCH OR ALEXIS MENDOZA~~
c/o Tejas Trustee Services
14800 Landmark Blvd, Suite 850
Addison, TX 75254

STATE OF TEXAS
COUNTY OF Nueces

Before me, the undersigned authority, on this 13 day of June, 2022 personally appeared **Arnold Mendoza** known to me to be the person(s) whose name is/are subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed, and in the capacity therein stated.

SANDRA H. MENDOZA
Notary Public, State of Texas
Comm. Expires 06-02-2023
Notary ID 124578929

NOTARY PUBLIC, STATE OF TEXAS
My Commission expires: 6-2-23

GRANTEE(S) ADDRESS:
321 RESEARCH PARKWAY
MERIDEN, CT 06450

File No. 2022-000922 tcabrera

## AFFIDAVIT OF POSTING/FILING NOTICE OF SALE
STATE OF TEXAS

COUNTY OF NUECES

The undersigned, having knowledge of the matters hereinafter set forth, after being duly sworn, deposes and states under oath, as follows:

On behalf of the holder of the indebtedness secured by a Deed of Trust, dated April 6, 2006, executed by DOMINIQUE D LANE, AN UNMARRIED MAN AND VERONICA SAENZ, AN UNMARRIED WOMAN to GEORGE M. SHANKS, JR, Trustee(s) and recorded in the office of the County Clerk in Document No. 2006019161, NUECES County, Texas; at least twenty-one (21) days preceding the date of the sale made by Substitute Trustee on June 7, 2022 between the hours of 10:00 AM and 1:00 PM;

(i) Written notice of the proposed sale, designating the County in which the property securing the above Deed of Trust will be sold, was posted (Notice of Sale) at the courthouse door of each County in which the property securing the above Deed of Trust is located, or as otherwise designated by the County Commissioners; and

(ii) A copy of said Notice of Sale was filed in the office of the County Clerk of the County in which the sale was made.

~~SANDRA MENDOZA OR~~ ARNOLD MENDOZA, ~~JOHN SISK, ISRAEL CURTIS, VICKI HAMMONDS, LESLYE EVANS, COLLETTE MAYERS, STEPHEN MAYERS, DANA DENNEN, MARCIA CHAPA, DYLAN RUIZ, AMY ORTIZ, JIM RECTOR, DENISE RECTOR, W.D. LAREW, JO WOOLSEY, BOB FRISCH, JODI STEEN, CHRIS LAFOND, SUSAN SANDOVAL, EVAN PRESS, LACRECIA ROBINSON, BEATRIZ SANCHEZ, EDWARD LUBY, ALEENA LIFTON, CARY CORENBLUM, JOSHUA SANDERS, MATTHEW HANSEN, BOB FRISCH OR ALEXIS MENDOZA~~
Substitute Trustee

STATE OF TEXAS

COUNTY OF NUECES

This instrument was acknowledged before me on this 21 day of April, 2022, by **Arnold Mendoza**.

SANDRA H. MENDOZA
Notary Public, State of Texas
Comm. Expires 06-02-2023
Notary ID 124578929

NOTARY PUBLIC, STATE OF TEXAS
My Commission expires: _____

## AFFIDAVIT OF SENDING NOTICE OF SALE/MILITARY STATUS

STATE OF TEXAS

COUNTY OF NUECES

BEFORE ME, the undersigned authority, personally appeared the undersigned affiant, who, after being duly sworn, deposes and states under oath as follows:

(a) I am above the age of eighteen (18) years and am competent to make this affidavit and knowledgeable of the statements made in this affidavit.

(b) At the instructions of and based upon the information provided by the holder of the indebtedness, or its agent, secured by a Deed of Trust, dated April 6, 2006, executed by DOMINIQUE D LANE, AN UNMARRIED MAN AND VERONICA SAENZ, AN UNMARRIED WOMAN, to GEORGE M. SHANKS, JR, Trustee(s), and recorded in the office of the County Clerk under Document No. 2006019161, NUECES County, Texas, the undersigned caused written notice of the proposed sale of the real property encumbered by said Deed of Trust scheduled for June 7, 2022 to be mailed by certified mail return receipt requested on each debtor obligated to pay the indebtedness secured by said Deed of Trust according to the records of such holder or agent and as provided and instructed by such holder or agent at least twenty-one (21) days preceding the date of the scheduled sale.

(c) To the best of the undersigned's knowledge and belief and based upon information obtained from the U.S. Defense Manpower internet military website, it is my belief that such debtor(s) is/are not in the armed services of the United States of America on the date hereof or one year prior hereto.

(d) To the best of the undersigned's knowledge and belief and based upon information obtained from public records, it is my belief that such debtor(s) are not debtor(s) in any bankruptcy proceedings.

(e) To the best of undersigned's knowledge and belief, the Debtor(s) is/are alive.

_Adela Kellam_
ADELA KELLAM

STATE OF TEXAS
COUNTY OF HARRIS

SUBSCRIBED AND SWORN TO before me on this 15th day of June, 2022 by ADELA KELLAM.

_Teresa Cabrera_
NOTARY PUBLIC, STATE OF TEXAS
TERESA CABRERA
My Commission Expires October 30, 2022

GRANTEE(S) ADDRESS:
321 RESEARCH PARKWAY
MERIDEN, CT 06450

TERESA CABRERA
My Notary ID # 131777772
Expires October 30, 2022

**AFTER RECORDING RETURN TO:**
Hughes, Watters & Askanase, L.L.P.
1201 Louisiana, Suite 2800
Houston, Texas 77002
Attn: Foreclosure Department
**Ref: 2022-000922**

File No. 2022-000922 tcabrera

# Nueces County
# Kara Sands
# Nueces County
# Clerk

**Instrument Number:** 2022029128

eRecording - Real Property

DEED

Recorded On: June 15, 2022 01:52 PM          Number of Pages: 6

" Examined and Charged as Follows: "

Total Recording: $37.00



**STATE OF TEXAS**
**NUECES COUNTY**

I hereby certify that this Instrument was FILED In the File Number sequence on the date/time printed hereon, and was duly RECORDED in the Official Records of Nueces County, Texas.

Kara Sands
Nueces County Clerk
Nueces County, TX

*Kara Sands*

*********** **THIS PAGE IS PART OF THE INSTRUMENT** ***********
Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

| File Information: | | Record and Return To: |
|---|---|---|
| Document Number: | 2022029128 | CSC |
| Receipt Number: | 20220615000122 | 2411 Centerville Road, Suite 400 |
| Recorded Date/Time: | June 15, 2022 01:52 PM | |
| User: | Lisa C | Wilmington DE |
| Station: | CLERK04.nuecescc.local | |