**Kidney Specialists of South Texas, PA**
1521 S Staples #601
Corpus Christi, TX  78404

**DEPOSIT ADVICE**

| | |
|---|---|
| Period Ending: | 07/02/22 |
| Pay Date: | 07/06/22 |
| Check #: | 9348 |
| Direct Dep Amt: | $ 767.04 |

**VERONICA SAENZ**
525 POENISCH
CORPUS CHRISTI, TX  78412

Last 4 Digits of Social Security Number:   0653

Pay Period:  06/19/22 - 07/02/22
Employee #  SA01

| | Account | Rate | Hours Current | Hours YTD | Amount Current | Amount YTD |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Hourly | | $18.0000 | 73.0000 | 948.5000 | $1,314.00 | $17,073.00 |
| Overtime-Hourly | | | | 0.5000 | $0.00 | $13.50 |
| PTO Pay | | $18.0000 | 7.0000 | 126.2500 | $126.00 | $2,272.50 |
| PTO (earned) | | | 9.2500 | 12.5000 | | |
| EIB (earned) | | | | 480.0000 | | |
| **EARNINGS TOTALS:** | | | | | **$1,440.00** | **$19,359.00** |
| **BENEFITS** | | | | | | |
| OTHER Benefits | | | | | ($32.00) | ($448.00) |
| **BENEFITS TOTALS:** | | | | | **($32.00)** | **($448.00)** |
| **PRE-TAX DEDUCTION** | | | | | | |
| PreTax 401K | | | | | ($57.60) | ($774.36) |
| Pre Tax, Dental | | | | | ($33.20) | ($464.80) |
| Pre Tax, Other Benefits | | | | | ($4.34) | ($60.76) |
| Pre Tax, HSA | | | | | ($10.00) | ($140.00) |
| PreTax ,Vision | | | | | ($6.91) | ($96.74) |
| **PRE-TAX DEDUCTION TOTALS:** | | | | | **($112.05)** | **($1,536.66)** |
| **TAX DEDUCTIONS** | | | | | | |
| Social Security | | | | | ($85.90) | ($1,152.98) |
| Medicare | | | | | ($20.09) | ($269.65) |
| Federal Income Tax | | | | | ($91.68) | ($1,193.34) |
| **TAX DEDUCTIONS TOTALS:** | | | | | **($197.67)** | **($2,615.97)** |
| **OTHER DEDUCTIONS** | | | | | | |
| Loan Pay Back-Outside Source | | | | | ($331.24) | ($4,637.36) |
| **OTHER DEDUCTIONS TOTALS:** | | | | | **($331.24)** | **($4,637.36)** |
| **NET TOTAL:** | | | | | **$767.04** | **$10,121.01** |
| **DIRECT DEPOSITS** | | | | | | |
| DD Checking1 | | | | | ($767.04) | ($10,121.01) |
| **DIRECT DEPOSITS TOTALS:** | | | | | **($767.04)** | **($10,121.01)** |
| **CHECK TOTAL:** | | | | | **$0.00** | **$0.00** |

**Kidney Specialists of South Texas, PA**
1521 S Staples #601
Corpus Christi, TX 78404

**DEPOSIT ADVICE**

| | |
|---|---|
| Period Ending: | 06/18/22 |
| Pay Date: | 06/22/22 |
| Check #: | 9318 |
| Direct Dep Amt: | $ 767.04 |

**VERONICA SAENZ**
525 POENISCH
CORPUS CHRISTI, TX 78412

Last 4 Digits of Social Security Number: 0653

Pay Period: 06/05/22 - 06/18/22
Employee # SA01

| | Account | Rate | Hours Current | Hours YTD | Amount Current | Amount YTD |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Hourly | | $18.0000 | 71.7500 | 875.5000 | $1,291.50 | $15,759.00 |
| Overtime-Hourly | | | | 0.5000 | $0.00 | $13.50 |
| PTO Pay | | $18.0000 | 8.2500 | 119.2500 | $148.50 | $2,146.50 |
| PTO (earned) | | | 9.2500 | 10.2500 | | |
| EIB (earned) | | | | 480.0000 | | |
| **EARNINGS TOTALS:** | | | | | **$1,440.00** | **$17,919.00** |
| **BENEFITS** | | | | | | |
| OTHER Benefits | | | | | ($32.00) | ($416.00) |
| **BENEFITS TOTALS:** | | | | | **($32.00)** | **($416.00)** |
| **PRE-TAX DEDUCTION** | | | | | | |
| PreTax 401K | | | | | ($57.60) | ($716.76) |
| Pre Tax, Dental | | | | | ($33.20) | ($431.60) |
| Pre Tax, Other Benefits | | | | | ($4.34) | ($56.42) |
| Pre Tax, HSA | | | | | ($10.00) | ($130.00) |
| PreTax, Vision | | | | | ($6.91) | ($89.83) |
| **PRE-TAX DEDUCTION TOTALS:** | | | | | **($112.05)** | **($1,424.61)** |
| **TAX DEDUCTIONS** | | | | | | |
| Social Security | | | | | ($85.90) | ($1,067.08) |
| Medicare | | | | | ($20.09) | ($249.56) |
| Federal Income Tax | | | | | ($91.68) | ($1,101.66) |
| **TAX DEDUCTIONS TOTALS:** | | | | | **($197.67)** | **($2,418.30)** |
| **OTHER DEDUCTIONS** | | | | | | |
| Loan Pay Back-Outside Source | | | | | ($331.24) | ($4,306.12) |
| **OTHER DEDUCTIONS TOTALS:** | | | | | **($331.24)** | **($4,306.12)** |
| **NET TOTAL:** | | | | | **$767.04** | **$9,353.97** |
| **DIRECT DEPOSITS** | | | | | | |
| DD Checking1 | | | | | ($767.04) | ($9,353.97) |
| **DIRECT DEPOSITS TOTALS:** | | | | | **($767.04)** | **($9,353.97)** |
| **CHECK TOTAL:** | | | | | **$0.00** | **$0.00** |

**Kidney Specialists of South Texas, PA**
1521 S Staples #601
Corpus Christi, TX  78404

**DEPOSIT ADVICE**

| | |
|---|---|
| Period Ending: | 06/04/22 |
| Pay Date: | 06/08/22 |
| Check #: | 9288 |
| Direct Dep Amt: | $ 687.51 |

**VERONICA SAENZ**
525 POENISCH
CORPUS CHRISTI, TX  78412

Last 4 Digits of Social Security Number:   0653

Pay Period:  05/22/22 - 06/04/22
Employee #  SA01

| | | | HOURS | | AMOUNT | |
|---|---|---|---|---|---|---|
| | Account | Rate | Current | YTD | Current | YTD |
| **EARNINGS** | | | | | | |
| Hourly | | $18.0000 | 65.0000 | 803.7500 | $1,170.00 | $14,467.50 |
| Overtime-Hourly | | | | 0.5000 | $0.00 | $13.50 |
| PTO Pay | | $18.0000 | 9.2500 | 111.0000 | $166.50 | $1,998.00 |
| PTO (earned) | | | 9.2500 | 9.2500 | | |
| EIB (earned) | | | | 480.0000 | | |
| | | | | EARNINGS TOTALS: | $1,336.50 | $16,479.00 |
| **BENEFITS** | | | | | | |
| OTHER Benefits | | | | | ($32.00) | ($384.00) |
| | | | | BENEFITS TOTALS: | ($32.00) | ($384.00) |
| **PRE-TAX DEDUCTION** | | | | | | |
| PreTax 401K | | | | | ($53.46) | ($659.16) |
| Pre Tax, Dental | | | | | ($33.20) | ($398.40) |
| Pre Tax, Other Benefits | | | | | ($4.34) | ($52.08) |
| Pre Tax, HSA | | | | | ($10.00) | ($120.00) |
| PreTax ,Vision | | | | | ($6.91) | ($82.92) |
| | | | | PRE-TAX DEDUCTION TOTALS: | ($107.91) | ($1,312.56) |
| **TAX DEDUCTIONS** | | | | | | |
| Social Security | | | | | ($79.49) | ($981.18) |
| Medicare | | | | | ($18.59) | ($229.47) |
| Federal Income Tax | | | | | ($79.76) | ($1,009.98) |
| | | | | TAX DEDUCTIONS TOTALS: | ($177.84) | ($2,220.63) |
| **OTHER DEDUCTIONS** | | | | | | |
| Loan Pay Back-Outside Source | | | | | ($331.24) | ($3,974.88) |
| | | | | OTHER DEDUCTIONS TOTALS: | ($331.24) | ($3,974.88) |
| | | | | NET TOTAL: | $687.51 | $8,586.93 |
| **DIRECT DEPOSITS** | | | | | | |
| DD Checking1 | | | | | ($687.51) | ($8,586.93) |
| | | | | DIRECT DEPOSITS TOTALS: | ($687.51) | ($8,586.93) |
| | | | | CHECK TOTAL: | $0.00 | $0.00 |

**Kidney Specialists of South Texas, PA**
1521 S Staples #601
Corpus Christi, TX 78404

**DEPOSIT ADVICE**

| | |
|---|---|
| Period Ending: | 05/21/22 |
| Pay Date: | 05/25/22 |
| Check #: | 9257 |
| Direct Dep Amt: | $ 652.94 |

**VERONICA SAENZ**
525 POENISCH
CORPUS CHRISTI, TX 78412

Last 4 Digits of Social Security Number:   0653

Pay Period:  05/08/22 - 05/21/22
Employee # SA01

| | Account | Rate | Hours Current | Hours YTD | Amount Current | Amount YTD |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Hourly | | $18.0000 | 62.0000 | 738.7500 | $1,116.00 | $13,297.50 |
| Overtime-Hourly | | | | 0.5000 | $0.00 | $13.50 |
| PTO Pay | | $18.0000 | 9.7500 | 101.7500 | $175.50 | $1,831.50 |
| PTO (earned) | | | 9.2500 | 9.2500 | | |
| EIB (earned) | | | | 480.0000 | | |
| **EARNINGS TOTALS:** | | | | | **$1,291.50** | **$15,142.50** |
| **BENEFITS** | | | | | | |
| OTHER Benefits | | | | | ($32.00) | ($352.00) |
| **BENEFITS TOTALS:** | | | | | **($32.00)** | **($352.00)** |
| **PRE-TAX DEDUCTION** | | | | | | |
| PreTax 401K | | | | | ($51.66) | ($605.70) |
| Pre Tax, Dental | | | | | ($33.20) | ($365.20) |
| Pre Tax, Other Benefits | | | | | ($4.34) | ($47.74) |
| Pre Tax, HSA | | | | | ($10.00) | ($110.00) |
| PreTax ,Vision | | | | | ($6.91) | ($76.01) |
| **PRE-TAX DEDUCTION TOTALS:** | | | | | **($106.11)** | **($1,204.65)** |
| **TAX DEDUCTIONS** | | | | | | |
| Social Security | | | | | ($76.70) | ($901.69) |
| Medicare | | | | | ($17.94) | ($210.88) |
| Federal Income Tax | | | | | ($74.57) | ($930.22) |
| **TAX DEDUCTIONS TOTALS:** | | | | | **($169.21)** | **($2,042.79)** |
| **OTHER DEDUCTIONS** | | | | | | |
| Loan Pay Back-Outside Source | | | | | ($331.24) | ($3,643.64) |
| **OTHER DEDUCTIONS TOTALS:** | | | | | **($331.24)** | **($3,643.64)** |
| **NET TOTAL:** | | | | | **$652.94** | **$7,899.42** |
| **DIRECT DEPOSITS** | | | | | | |
| DD Checking1 | | | | | ($652.94) | ($7,899.42) |
| **DIRECT DEPOSITS TOTALS:** | | | | | **($652.94)** | **($7,899.42)** |
| **CHECK TOTAL:** | | | | | **$0.00** | **$0.00** |

**Kidney Specialists of South Texas, PA**
1521 S Staples #601
Corpus Christi, TX  78404

**DEPOSIT ADVICE**

| | |
|---|---|
| Period Ending: | 05/07/22 |
| Pay Date: | 05/11/22 |
| Check #: | 9233 |
| Direct Dep Amt: | $ 767.04 |

**VERONICA SAENZ**
525 POENISCH
CORPUS CHRISTI, TX  78412

Last 4 Digits of Social Security Number:   0653

Pay Period:  04/24/22 - 05/07/22
Employee #  SA01

| | Account | Rate | Hours Current | Hours YTD | Amount Current | Amount YTD |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Hourly | | $18.0000 | 63.2500 | 676.7500 | $1,138.50 | $12,181.50 |
| Overtime-Hourly | | | | 0.5000 | $0.00 | $13.50 |
| PTO Pay | | $18.0000 | 16.7500 | 92.0000 | $301.50 | $1,656.00 |
| PTO (earned) | | | 9.2500 | 9.7500 | | |
| EIB (earned) | | | | 480.0000 | | |
| **EARNINGS TOTALS:** | | | | | **$1,440.00** | **$13,851.00** |
| **BENEFITS** | | | | | | |
| OTHER Benefits | | | | | ($32.00) | ($320.00) |
| **BENEFITS TOTALS:** | | | | | **($32.00)** | **($320.00)** |
| **PRE-TAX DEDUCTION** | | | | | | |
| PreTax 401K | | | | | ($57.60) | ($554.04) |
| Pre Tax, Dental | | | | | ($33.20) | ($332.00) |
| Pre Tax, Other Benefits | | | | | ($4.34) | ($43.40) |
| Pre Tax, HSA | | | | | ($10.00) | ($100.00) |
| PreTax ,Vision | | | | | ($6.91) | ($69.10) |
| **PRE-TAX DEDUCTION TOTALS:** | | | | | **($112.05)** | **($1,098.54)** |
| **TAX DEDUCTIONS** | | | | | | |
| Social Security | | | | | ($85.90) | ($824.99) |
| Medicare | | | | | ($20.09) | ($192.94) |
| Federal Income Tax | | | | | ($91.68) | ($855.65) |
| **TAX DEDUCTIONS TOTALS:** | | | | | **($197.67)** | **($1,873.58)** |
| **OTHER DEDUCTIONS** | | | | | | |
| Loan Pay Back-Outside Source | | | | | ($331.24) | ($3,312.40) |
| **OTHER DEDUCTIONS TOTALS:** | | | | | **($331.24)** | **($3,312.40)** |
| **NET TOTAL:** | | | | | **$767.04** | **$7,246.48** |
| **DIRECT DEPOSITS** | | | | | | |
| DD Checking1 | | | | | ($767.04) | ($7,246.48) |
| **DIRECT DEPOSITS TOTALS:** | | | | | **($767.04)** | **($7,246.48)** |
| **CHECK TOTAL:** | | | | | **$0.00** | **$0.00** |