UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
July 26, 2022
Nathan Ochsner, Clerk

IN RE:  Veronica Saenz
    **Debtor(s).**

§   CASE NO: 22-20164
§
§   CHAPTER 13

## WAGE DEDUCTION ORDER

| Employer | Chapter 13 Trustee (Payments must be sent to this address) |
|---|---|
| Kidney Specialists of South<br>1521 S. Staples Ste. 601 TEXAS PA<br>Corpus Christi, TX 78404 | Yvonne V. Valdez<br>PO Box 703<br>Memphis, TN 38101-0703<br>22-20164 |

The Court Orders:

1. Employer must deduct the following amounts from wages payable to  Veronica Saenz  and send the deducted funds to the Chapter 13 Trustee:

| Monthly | Semi-monthly | Bi-Weekly | Weekly |
|---|---|---|---|
| $750.00 | $375.00 | $346.15 | $173.08 |

2. The first deduction must occur no later than the first payday following 7 days after the Employer receives this order. Deducted amounts must be submitted to the Chapter 13 Trustee within 7 days of the date of the deduction. **The Employer must not charge or require a fee or other cost for compliance with this Order.**

3. The Chapter 13 Trustee must submit a copy of this Wage Deduction Order to the Employer within 7 days of entry.

4. The Chapter 13 Trustee may amend the amount of the payments that are due under this Wage Deduction Order by sending a Notice of Wage Order Adjustment to Employer. The Employer must comply with any Notice of Wage Order Adjustment received by the Employer from the Chapter 13 Trustee.

5. **This Order is NOT subject to any limitation under state or federal law regarding wage garnishments.**

6. This Order remains effective until terminated by Order of this Court.

Signed the _____ day of _____

/s/ Veronica Saenz
Debtor Signature

Marvin Isgur
United States Bankruptcy Judge

Signed: July 26, 2022