United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 12, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| IN RE:<br>VERONICA SAENZ<br><br>DEBTOR(S) | § § § § § § § | CASE NO. 22-20164<br><br>CHAPTER 13 |
|---|---|---|

### AGREED ORDER CONDITIONING AUTOMATIC STAY
(Relates to DK# 10)

PLANET HOME LENDING, LLC AS ATTORNEY IN FACT AND SERVICER IN FACT FOR ARCPE 1 LLC, ("ARCPE") filed its Motion for Relief from Stay July 18, 2022 as to real property

> LOT 13, BLOCK 3, PARADE PLACE UNIT 2, AN ADDITION TO THE CITY OF CORPUS CHRISTI, TEXAS, NUENCES COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 45, PAGE 133, MAP OR PLAT RECORDS OF NUECES COUNTY, TEXAS, MORE COMMONLY KNOWN AS 525 POENISCH DRIVE, CORPUS CHRISTI, TX 78412 ("Property")

DK# 10.

As evidenced by the signatures of the parties below, the Court finds the parties have reached an agreement and that such agreement is acceptable to the Court. It is therefore AGREED AND ORDERED

- The automatic stay of 11 USC § 362 and if applicable § 1301 is hereby terminated but the parties have agreed that Debtors and Occupants may remain in the Property through 5:00 PM September 30, 2022.

1

- ARCPE shall make no attempt to evict Debtors prior to October 1, 2022.

- Debtors agree to and must vacate the property by 5:00 PM September 30, 2022 including Debtors' personal property and contents.

- Debtors understand they will be in contempt of this Order if they fail to comply.

- Debtors agree they hold no contest to the June 7, 2022 foreclosure sale by ARCPE as to Property and further agree to not contest any eviction proceeding if one is filed by ARCPE on or after October 1, 2022.

Signed: August 12, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

agreed and entry requested by:

_____
Michael Weems TBA #24066273
Direct: 713-328-2822, mweems@hwa.com
**HUGHES, WATTERS & ASKANASE, L.L.P.**
1201 Louisiana, 28th Floor
Houston, Texas 77002
Telephone (713) 759-0818
Telecopier (713) 759-6834
Attorney for ARCPE

Clayton Lockleer Everett
TBA# 24065212
**Norred Law Firm, PLLC**
515 E. Border St.
Arlington, TX 76010
(817) 704-3984
clayton@norredlaw.com
Attorney for Veronica Saenz

_____
Veronica Saenz, Debtor

2

*[signature]*

Dominique D Lane
Non-filing co-debtor, pro se