United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 31, 2022
Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

IN RE: §
VERONICA SAENZ § **CHAPTER 13 PROCEEDING**
§ **22-20164**
**DEBTOR(S)** §
§

## ORDER GRANTING VOLUNTARY MOTION
## TO DISMISS CHAPTER 13 CASE

CAME ON FOR CONSIDERATION BY THIS COURT, the Debtor(s) Emergency

[Stamp overlay:] Denied. The Debtor seeks dismissal without prejudice. Any dismissal would be with prejudice against refiling. See 11 U.S.C. §109(g)(2).

Signed: August 31, 2022

Marvin Isgur
United States Bankruptcy Judge