United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 31, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:
VERONICA SAENZ § CHAPTER 13 PROCEEDING
§ 22-20164
DEBTOR(S) §
§

## ORDER GRANTING VOLUNTARY MOTION
## TO DISMISS CHAPTER 13 CASE

CAME ON FOR CONSIDERATION BY THIS COURT, the Debtor(s) Emergency

Denied. The Debtor seeks dismissal without prejudice. Any dismissal would be with prejudice against refiling. See 11 U.S.C. §109(g)(2).

Signed: August 31, 2022

_____
Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  
Veronica Saenz  
    Debtor

Case No. 22-20164-mi  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0541-2      User: ADIuser      Page 1 of 2  
Date Rcvd: Aug 31, 2022      Form ID: pdf002      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Veronica Saenz, 525 Poenisch Dr, Corpus Christi, TX 78412-3172 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: AllBankruptcyEBN@il.cslegal.com | Aug 31 2022 19:58:00 | Deutsche Bank National Trust Company, as Trustee f, c/o Codilis & Moody, P.C., 400 N. Sam Houston Pkwy E, Suite 900A, Houston, TX 77060-3548 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ARCPE 1 LLC |
| cr | | Nueces County |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Clayton Lockleer Everett | on behalf of Debtor Veronica Saenz clayton@norredlaw.com  clayton@norredlaw.com |

| | | |
|---|---|---|
| District/off: 0541-2 | User: ADIuser | Page 2 of 2 |
| Date Rcvd: Aug 31, 2022 | Form ID: pdf002 | Total Noticed: 2 |

Diane Wade Sanders
    on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Kathryn Nichole Dahlin
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5 Kathryn.Dahlin@tx.cslegal.com, TX.bkpleadingsSOUTH@tx.cslegal.com

Michael L Weems
    on behalf of Creditor ARCPE 1 LLC mlw@hwa.com

Timothy D Raub
    on behalf of Debtor Veronica Saenz bkecf@raublawfirm.com  RaubLawFirm@jubileebk.net;bk@raub.law

US Trustee
    USTPRegion07.CC.ECF@USDOJ.GOV

Yvonne V Valdez
    ecfmail@ch13cctx.com

TOTAL: 7