**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 14, 2022
Nathan Ochsner, Clerk

In Re: Veronica Saenz
Debtor

Case No.: 22–20164
Chapter: 13

---

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

Confirmation of the Debtor's Proposed Chapter 13 Plan is denied.

Signed and Entered on Docket: 9/14/22

_____
MARVIN ISGUR
United States Bankruptcy Judge